ON APPLICATION FOR REHEARING
In our original opinion, we construed § 36-26-101, Ala. Code 1975, as meaning three consecutive years. As concerns the retroactivity of this statute, we now extend that opinion to make clear that the Fair Dismissal Act (act) is not to be applied retroactively.
A review of the act shows no express provision, nor does it show a clear legislative intent, that it should be applied retroactively. Therefore, in view of clear Alabama law, we cannot hold that the act should be applied retroactively. SeeKittrell v. Benjamin, 396 So.2d 93 (Ala. 1981).
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
BRADLEY, P.J., and HOLMES, J., concur.